MELVILLE S. WARNER, Appellant, v. TOWN OF BROOKHAVEN, Respondent.— No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

WILLIAM WILLSEA, Respondent, v. ARTHUR MURRAY et al., Appellants, et al., Defendants.— No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

ALBERT WILSON, Respondent, v. JOHN J. BURNS et al., Appellants.— The record presents triable issues of fact which may not be resolved upon a motion for summary judgment. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

## (October 3, 1961)

BARBARA J. BALDINGER, by Her Guardian ad Litem STANLEY BALDINGER et al., Respondents, v. CONSOLIDATED MUTUAL INSURANCE COMPANY, Appellant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

ANITA EISENBERG et al., Appellants, v. DAVID EISENBERG, Respondent.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

SANFORD S. LEWIS et al., Respondents, v. SIDNEY E. ALPER, Appellant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

JOSEPH NOVIELLO, Respondent, v. CORAL DRINKS, INC., et al., Appellants, et al., Defendants.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.